IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF PHYSICS AT UNIVERSITY OF CALIFORNIA AT BERKELEY,<br><br>    Defendant. | Case No. 18-cv-00230-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    The Court has reviewed Magistrate Judge James's Report and Recommendation (dkt. 4), and has considered the opposition filed by Plaintiff Liqiang Wei (dkt. 10). The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect. Accordingly, Defendants' motion to dismiss is GRANTED, and the complaint is DISMISSED WITH LEAVE TO AMEND. Any amended complaint must be filed within 30 days from the entry of this order.

    **IT IS SO ORDERED.**

Dated: Feb. 22, 2018

CHARLES R. BREYER
United States District Judge