1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 LIQIANG WEI,                                   Case No. 18-cv-00230-CRB

9              Plaintiff,

10       v.                                      **ORDER DISMISSING AMENDED COMPLAINT WITHOUT LEAVE TO AMEND AND WITH PREJUDICE TO RE-FILING**

11 DEPARTMENT OF PHYSICS AT UNIVERSITY OF CALIFORNIA AT

12 BERKELEY,

13              Defendant.

14        Liqiang Wei brings claims against the Department of Physics at the University of

15 California, Berkeley, alleging age discrimination in violation of the Age Discrimination in

16 Employment Act ("ADEA"), 29 U.S.C. § 621, and race discrimination in violation of 42

17 U.S.C. § 1981. In support of his claim, Mr. Wei puts forth circumstantial evidence that the

18 department rejected his application for a tenured faculty position despite his status as "a

19 number one theoretical physicist in the world." First Amended Complaint (dkt. 12) at 1.

20 As the Court held in dismissing Mr. Wei's original complaint, this fact by itself is not

21 enough to state a sufficient claim. Mr. Wei's allegations remain purely speculative, and

22 raise no more than "a sheer possibility that [the] defendant has acted unlawfully." See

23 Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). Accordingly, he has failed to meet the

24 requirements of Federal Rule of Civil Procedure 8(a). Because Mr. Wei has failed to

25 allege sufficient facts after being given the opportunity to file an amended complaint, his

26 complaint is **DISMISSED WITHOUT LEAVE TO AMEND AND WITH**

27 **PREJUDICE TO RE-FILING**.

28

1  **IT IS SO ORDERED.**

2  Dated: May 9, 2018



3                                                     CHARLES R. BREYER
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28